IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01705-GPG-NRN

TYLER GOUGH,
JESSE NEGRETE,
RAYMOND SMALLWOOD,
CHARLES SMALLWOOD,
JOSEPH ADAMS,
LUIS AREVALO,
ANAS AFANA,
BRYCE FRANKS,
MICHEL KEHDY,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

DABELLA EXTERIORS, LLC,
a foreign limited liability company,
and DOES 1-10,
inclusive,

Defendants.

---

**MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT DABELLA EXTERIORS, LLC**

---

Plaintiffs, by and through undersigned counsel, respectfully move the Clerk of Court to enter default against Defendant DaBella Exteriors, LLC ("DaBella") pursuant to Fed. R. Civ. P. 55(a). In furtherance of the same, Plaintiffs state as follows:

1. Plaintiffs commenced this action by filing their Complaint on April 21, 2026. [ECF No. 1].

2. DaBella was properly served with the summons and Complaint on April 29, 2026, at 12:35 p.m., by service on DaBella's registered agent (via an authorized person at the registered agent's office) at 1900 W. Littleton Blvd., Littleton, Colorado 80120. [ECF No. 11].

3. DaBella's deadline to respond expired on May 20, 2026. Id.

4. As of the date of this Motion, DaBella has not filed an answer, motion, or other response, has not otherwise defended this action, and has not entered an appearance.

5. The Servicemembers Civil Relief Act, 50 U.S.C. § 501. Et seq. is not applicable as Defendant is not a natural person or member of the armed services. *See* Declaration in Support of Clerk's Default attached hereto.

6. Defendant is neither a minor nor an incompetent person.

7. Service of this document is not required pursuant to Fed. R. Civ. P. 5(a)(2) as Defendant has not appeared and is in Default.

Respectfully submitted this 27th day of May 2026.

*/s/ Joseph P. Sanchez*

Joseph P. Sanchez
Sami M. Ragab
RAGAB LAW FIRM, P.C.
700 Seventeenth St., Suite 900
Denver, CO 80202
Telephone: (303) 557-2011
Email: joseph@ragablawfirm.com
Email: sami@ragablawfirm.com
*COUNSEL FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I, Joseph P. Sanchez Esaq., do hereby certify that on May 27, 2026, a true and correct copy of the foregoing document was electronically filed and served. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Joseph P. Sanchez*
Joseph P. Sanchez