IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01705-GPG-NRN

TYLER GOUGH,
JESSE NEGRETE,
RAYMOND SMALLWOOD,
CHARLES SMALLWOOD,
JOSEPH ADAMS,
LUIS AREVALO,
ANAS AFANA,
BRYCE FRANKS,
MICHEL KEHDY,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

DABELLA EXTERIORS, LLC,
a foreign limited liability company,
and DOES 1-10,
inclusive,

Defendants.

---

**DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF CLERK'S DEFAULT**

---

I, Joseph P. Sanchez, declare under penalty of perjury as follows:

1. I am counsel of record for Plaintiffs in this action.

2. Plaintiffs filed the Complaint in this action on April 21, 2026.

3. DaBella Exteriors, LLC was served on April 29, 2026, at 12:35 p.m., by delivering the summons and Complaint to an authorized person for DaBella's registered agent at 1900 W. Littleton Blvd., Littleton, Colorado 80120. The proof of service reflects this service.

4. DaBella's deadline to respond expired on May 20, 2026.

5. As of the date of this declaration, DaBella has not filed any responsive pleading or motion, has not otherwise defended, and has not entered an appearance.

6. DaBella is a limited liability company, and as such, is neither a minor nor a member of the military on active service. Further, Defendant is competent. This declaration is made in support of Plaintiffs' motion for entry of default by the Clerk under Rule 55(a), D.C. Colo. L Civ. R. 55.1, and in compliance with the Servicemembers Civil Relief Act, 50 U.S.C. § 3901, *et seq.*

Executed on: May 27, 2026.

*/s/ Joseph P. Sanchez*
Joseph P. Sanchez